# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHA KENNEDY, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| **Acting Commissioner of Social Security,** | : | No. 16-5478 |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 22nd day of January, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 7), Defendant's Response to Request for Review of Plaintiff (Doc. No. 8), and Plaintiff's reply thereto (Doc. No. 9), and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 11), and there being no objections, **the Court hereby ORDERS**:

1. The Report and Recommendation (Doc. No. 11) is **APPROVED and ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 7) is **GRANTED**, and the matter is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation (Doc. No. 11);

3. **JUDGMENT IS ENTERED** in favor of Plaintiff, **REVERSING** the decision of the Commissioner of Social Security for the purpose of this remand only; and

4. **The Clerk of Court shall mark this case CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE